

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

**ROBERT C. HEINEMANN**
CLERK of Court

BROOKLYN OFFICE
225 Cadman Plaza East
Brooklyn, New York  10312
(718) 613-2332

Clerk of Court
California Central

02/23/2011

Re: MDL 2221        In Re: American Express Anti-Steering Rules Antitrust Litigation (NO II)

Transfer of your Civil Case No. 11 CV 0306

Case Title: Il Forno, Inc vs American Express Company et al

Dear Sir/Madam:

An order having been made by the Judicial Panel on Multi-district Litigation transferring the above-numbered case to this district and assigning Judge Nicholas G. Garaufis to preside over this litigation, we are transmitting herewith a certified copy of the conditional transfer order from the MDL Panel. We have assigned the following case number to this case: 1:11-cv-00881 (NGG)(RER) .
Please include reference to this case number when the case file is sent to this district.

Please electronically send the case file to InterdistrictTransfer_NYED@nyed.uscourts.gov
We would appreciate receiving the case file as soon as possible. Thank you for your cooperation.

Very truly yours,
Clerk, U.S. District Court

By AUGUST MARZILIANO
Deputy Clerk